**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **REMOTE VEHICLES TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**HYUNDAI MOTOR AMERICA, INC.,**<br><br>    Defendants. | Civil Action No. 6:11-cv-00392-LED |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Remote Vehicle Technologies, LLC, and defendant Hyundai Motor America, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Remote Vehicle Technologies, LLC, and defendant Hyundai Motor America, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated May 25, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 11th day of June, 2012.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**