**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REMOTE VEHICLE TECHNOLOGIES, LLC** § § § *Plaintiff*, § § vs. § § **HYUNDAI MOTOR AMERICA, INC.,** § § *Defendant*. § | | **CASE NO. 6:11-CV-392-LED-JDL** **JURY TRIAL DEMANDED** |

**FINAL JUDGMENT**

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Remote Vehicle Technologies, LLC filed suit against Hyundai Motor America, Inc. on August 1, 2011. (Doc. No. 1). Hyundai Motor America, Inc., the sole defendant in this action, has since been dismissed. (Doc. No. 40).

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED**, and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 11th day of June, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**